# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

# CENTRAL DIVISION

| | |
|---|---|
| **VOX MARKETING GROUP, LLC**, a Utah limited liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>**PRODIGY PROMOS L.C.**, a Utah limited liability company; et al.,<br><br>　　　　Defendants.<br>_____<br><br>**PRODIGY PROMOS L.C.**, a Utah limited liability company,<br><br>　　　　Counterclaim Plaintiff,<br><br>v.<br><br>**VOX MARKETING GROUP, LLC**, a Utah limited liability company; et al.,<br><br>　　　　Counterclaim Defendants. | **AMENDED SCHEDULING ORDER**<br><br><br><br><br><br>**Case No. 2:18-cv-00632-HCN-PMW**<br><br><br><br><br><br>**District Judge Howard C. Nielson, Jr.**<br><br>**Chief Magistrate Judge Paul M. Warner** |

　　　　This matter came before the court on the parties' Stipulated Motion for Amended Scheduling Order.[1]  Based on the parties' stipulation, and good cause appearing, the motion is

---

[1] *See* ECF no. 164.

hereby GRANTED.  Therefore, the deadlines set forth in the current Stipulated Amended Scheduling Order[2] are hereby amended as follows.

### III.     RULE 26(a)(2) EXPERT DISCLOSURES & REPORTS

| **Expert Disclosures** | | | **Date** |
|---|---|---|---|
| A. | Disclosures | | |
| | 1. | Parties disclose identity of experts and serve expert reports on issues where the party bears the burden of proof and make the disclosures related to such expert witness(es) as required by Federal Rule of Civil Procedure Rule 26(a)(2)(B) and (C). | January 3, 2020 |
| | 2. | Parties disclose identity of experts and serve expert reports on issues where the party does not bear the burden of proof and make the disclosures related to such expert witness(es) as required by Federal Rule of Civil Procedure Rule 26(a)(2)(B) and (C). | February 28, 2020, except March 4, 2020, for Dale Rowe and March 7, 2020, for John Curtis and Scott Kimber |
| | 3. | Deadline for service of supplemental and rebuttal expert reports | April 3, 2020 |
| B. | Close of Expert Discovery, including depositions | | May 25, 2020 |
| C. | Daubert Motions | | |
| | 1. | Filing of Daubert motions | 30 days after close of expert discovery |

---

[2] *See* ECF no. 144.

|  |  |  |
|---|---|---|
| | 2. Oppositions to Daubert motions | 30 days after filing of Daubert motions |

## IV. OTHER DEADLINES

| **Dispositive Motions and Motions in Limine** | **Date** |
|---|---|
| A. Deadline for filing dispositive or potentially dispositive motions | 30 days after close of expert discovery |
| B. Motions in Limine | 30 days prior to final pretrial conference |
| C. If the parties do not intend to file dispositive or potentially dispositive motions, a scheduling conference will be held for purposes of setting a trial date. If a dispositive motion is filed, the scheduling conference will be vacated. | July 1, 2020 at 10:00 a.m. |

## V. TRIAL AND PREPARATION FOR TRIAL

At the time of argument on motions for summary judgment, the court will discuss the scheduling of trial. Counsel should come to the hearing prepared to discuss possible trial dates. If the schedule set forth herein is not extended, the parties can generally expect that trial will be set sometime during the 1st quarter of 2021.

All matters not addressed herein shall remain as set forth in the original Scheduling Order and/or the Stipulated Amended Scheduling Order.

IT IS SO ORDERED.

DATED this 20th day of March, 2020.

BY THE COURT:

PAUL M. WARNER
Chief United States Magistrate Judge