# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| VOX MARKETING GROUP,<br><br>Plaintiff,<br><br>vs.<br><br>PRODIGY PROMOS, *et al.*,<br><br>Defendants. | **ORDER REMANDING STATE LAW CLAIMS AND STAYING FEDERAL ACTION**<br><br>Case No. 2:18-cv-632<br><br>Howard C. Nielson, Jr.<br>United States District Judge |

The court declined to exercise supplemental jurisdiction over the state law claims asserted by the parties in this action. *See* Dkt. No. 273 at 12–15. The parties now request that the court sever those claims from the single federal claim at issue in this federal action, remand the state law claims to state court, and stay the federal action pending resolution of the state law claims in state court. *See* Dkt. No. 274. The court accordingly severs from this action Counts One, Three, and Four of the second amended complaint (Dkt. No. 2-4) and all of Defendant's counterclaims as well as its third-party claim (Dkt. No. 2-7) and remands those claims to the Fourth Judicial District Court, Utah County. *Cf. Carnegie-Mellon Univ. v. Cohill*, 484 U.S. 343, 357 (1988); 28 U.S.C. §1441(c)(2). This action shall be stayed pending resolution of the parties' state law claims. *See Pet Milk Co. v. Ritter*, 323 F.2d 586, 588 (10th Cir. 1963).

IT IS SO ORDERED.

DATED this 8th day of September, 2021.

BY THE COURT:

Howard C. Nielson, Jr.
United States District Judge